UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DEBORAH R. COOKE and CHRISTINA M. RODINO,

                       Plaintiffs,

         -against-

DB 85 GYM CORP. d/b/a DAVID BARTON GYM, CV II GYM, LLC d/b/a DAVID BARTON GYM, CV VI, LLC d/b/a DAVID BARTON GYM, DB BROADWAY GYM CORP. d/b/a DAVID BARTON GYM, KEVIN KAVANAUGH, and CARL HELMLE, III,

                       Defendants.

-------------------------------------------------------------X

11 Civ. 0201 (AKH) (RLE)

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Corey Stark an attorney associated with The Dweck Law Firm LLP hereby enters his appearance in this action as counsel for Deborah R. Cooke and Christina M. Rodino, and requests that all pleadings and papers in this action be served upon the undersigned.

Dated: New York, New York
       January 12, 2011

                                    THE DWECK LAW FIRM, LLP

                                    By: *Corey Stark*
                                    Corey Stark (CS-3897)
                                    *Attorneys for Plaintiff*
                                    75 Rockefeller Plaza
                                    New York, New York 10019
                                    (212) 687-8200