UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DEBORAH R. COOKE and CHRISTINA M. RODINO,

                      Plaintiffs,

                -against-

DB 85 GYM CORP. d/b/a DAVID BARTON GYM, CV II GYM, LLC d/b/a DAVID BARTON GYM, CV VI, LLC d/b/a DAVID BARTON GYM, DB BROADWAY GYM CORP. d/b/a DAVID BARTON GYM, KEVIN KAVANAUGH, and CARL HELMLE, III,

                      Defendants.

-------------------------------------------------------------X

11 Civ. 0201 (AKH) (RLE)

**Affidavit of Service**

STATE OF NEW YORK    )
                               ) ss:
COUNTY OF NEW YORK  )

      **ANTONINO SCOTT**, being duly sworn, deposes and says: I am not a party to this action, I am over 18 years of age and reside in Brooklyn, New York.

      On the 13th day of January 2011, at 3:34 p.m., the deponent served the within **Summons and Complaint** at 50 West 23rd Street, 5th Floor, New York, New York on DB 85 Gym Corp. by delivering a copy thereof personally to Danny Kirkwood a person of suitable age and discretion, who was authorized and willing to receive same on behalf of DB 85 Gym Corp.

      The person served is described as follows:

| | |
|---|---|
| Gender: | Male |
| Skin color: | White |
| Height: | 6"1' |
| Approximate age: | 40 |
| Weight: | 195 pounds |
| Hair color: | Brown |

1

Other:                              Beard

                                                                                         ANTONINO SCOTT

Sworn to before me this
17th day of January 2011

Notary Public

COREY STARK
NOTARY PUBLIC STATE OF NEW YORK
LIC. #02ST6195042
NEW YORK COUNTY
MY COMMISSION EXPIRES 10-20-2012