**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

DEBORAH R. COOKE and CHRISTINA M.
RODINO,

                              Plaintiffs,

                    -against-

DB 85 GYM CORP. d/b/a DAVID BARTON GYM,
CV II GYM, LLC d/b/a DAVID BARTON GYM,
CV VI, LLC d/b/a DAVID BARTON GYM, DB
BROADWAY GYM CORP. d/b/a DAVID
BARTON GYM, KEVIN KAVANAUGH, and
CARL HELMLE, III,

                              Defendants.

-----------------------------------------------------------------X

11 Civ. 0201 (AKH) (RLE)

**Affidavit of Service**

STATE OF NEW YORK    )
                          ) ss:
COUNTY OF NEW YORK  )

     **ANTONINO SCOTT**, being duly sworn, deposes and says:  I am not a party to this action, I am over 18 years of age and reside in Brooklyn, New York.

     On the 13th day of January 2011, at 3:34 p.m., the deponent served the within **Summons and Complaint** at 50 West 23rd Street, 5th Floor, New York, New York on CV II Gym, LLC by delivering a copy thereof personally to Danny Kirkwood a person of suitable age and discretion, who was authorized and willing to receive same on behalf of CV II Gym, LLC.

     The person served is described as follows:

| | |
|---|---|
| Gender: | Male |
| Skin color: | White |
| Height: | 6"1' |
| Approximate age: | 40 |
| Weight: | 195 pounds |
| Hair color: | Brown |

1

Other:                    Beard

*ANTONINO SCOTT*

ANTONINO SCOTT

Sworn to before me this
17th day of January 2011

Notary Public

COREY STARK
NOTARY PUBLIC STATE OF NEW YORK
LIC. #02ST6195042
NEW YORK COUNTY
MY COMMISSION EXPIRES 10-20-2012

2