UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DEBORAH R. COOKE and CHRISTINA M. RODINO,

                                            Plaintiffs,

                             -against-

DB 85 GYM CORP. d/b/a DAVID BARTON GYM, CV II GYM, LLC d/b/a DAVID BARTON GYM, CV VI, LLC d/b/a DAVID BARTON GYM, DB BROADWAY GYM CORP. d/b/a DAVID BARTON GYM, KEVIN KAVANAUGH, and CARL HELMLE, III,

                                            Defendants.

11 Civ. 0201 (AKH) (RLE)

**Affidavit of Service**

-------------------------------------------------------------X

STATE OF NEW YORK    )
                              ) ss:
COUNTY OF NEW YORK  )

       **ANTONINO SCOTT**, being duly sworn, deposes and says: I am not a party to this action, I am over 18 years of age and reside in Brooklyn, New York.

       On the 13th day of January 2011, at 3:34 p.m., the deponent served the within **Summons and Complaint** at 50 West 23rd Street, 5th Floor, New York, New York on Kevin Kavanaugh by delivering a true copy to his actual place of business and leaving a copy thereof personally with Danny Kirkwood a person of suitable age and discretion, who was authorized and willing to receive same on behalf of Kevin Kavanaugh.

       The person served is described as follows:

| | |
|---|---|
| Gender: | Male |
| Skin color: | White |
| Height: | 6"1' |
| Approximate age: | 40 |
| Weight: | 195 pounds |
| Hair color: | Brown |
| Other: | Beard |

In addition, I enclosed a copy of the **Summons and Complaint** in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the defendant. Said envelope had first class postage prepaid and was properly addressed to the defendant, Kevin Kavanaugh, 50 West 23rd Street, 5th Floor, New York, New York, that address being defendant's actual place of business. Said envelope was deposited on the 17th day of January 2011, into a depository, maintained under the exclusive control of the United States Postal Service.

_____
ANTONINO SCOTT

Sworn to before me this
17th day of January 2011

_____
Notary Public

COREY STARK
NOTARY PUBLIC STATE OF NEW YORK
LIC. #02ST6195042
NEW YORK COUNTY
MY COMMISSION EXPIRES 10-20-2012